THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOSTON AND MAINE RAILROAD, Respondent, *v.* MICHAEL F. LOUGHMAN et al., as Commissioners of Taxes of the State of New York, Appellants.

(Argued May 5, 1930; decided June 3, 1930.)

*Hamilton Ward, Attorney-General* (*Henry S. Manley* of counsel), for appellant.

*Robert E. Whalen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.